

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00522-CV

**IN RE** Sam Edward **DRAPER** and Elsie Martin-Simon

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:        Catherine Stone, Chief Justice
                 Marialyn Barnard, Justice
                 Rebeca C. Martinez, Justice

Delivered and Filed: August 6, 2014

PETITION FOR WRIT OF MANDAMUS DENIED

On July 25, 2014, relators filed a petition for writ of mandamus. The court has considered relators' petition for writ of mandamus and is of the opinion that relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 12724B, styled *In the Matter of the Marriage of Julie A. Mogenis and Sam Edward Draper*, pending in the 198th Judicial District Court, Kerr County, Texas, the Honorable Rex Emerson presiding.